UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI DALE LASTER, JR., | No. 2:25-cv-00968-EFB (PC) |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| MATTHEW P. BEAVERS, et al., | |
| Defendants. | |

Plaintiff, a county jail inmate proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983 together with eight requests for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the requests which must be completed by plaintiff's institution of incarceration has not been filled out. ECF Nos. 2, 5, 11, 14, 18, 20, 27, 29. Plaintiff is provided the opportunity to submit a completed in forma pauperis application.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's applications to proceed in forma pauperis (ECF Nos. 2, 5, 11, 14, 18, 20, 27, 29) are denied without prejudice;

2. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of the request to proceed in forma pauperis on the form provided by the Clerk of Court;

3. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

1

1  Forma Pauperis By a Prisoner; and
2          4.  Plaintiff's failure to comply with this order will result in a recommendation that this
3  action be dismissed without prejudice.

5  Dated: June 9, 2025

                                                    _____
                                                    EDMUND F. BRENNAN
                                                    UNITED STATES MAGISTRATE JUDGE