UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI DALE LASTER, JR., | No.  2:25-cv-0968-EFB (PC) |
| Plaintiff, | |
| v. | ORDER AND FINDINGS AND RECOMMENDATIONS |
| MICHAEL P. BEAVERS, et al., | |
| Defendants. | |

Plaintiff is a county jail inmate proceeding pro se in this action brought pursuant to 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

On June 10, 2025, the court ordered plaintiff to file an application to proceed in forma pauperis – including a completed certificate – within 30 days.  ECF No. 33.  Plaintiff again filed an application with the certificate portion left blank.  ECF No. 34.

Accordingly, it is hereby ORDERED that the Clerk of Court randomly assign a district judge to this action.  It is further RECOMMENDED that the case be dismissed without prejudice for failure to comply with the court's June 10, 2025 order.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written

1

objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be served and filed within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated:  January 13, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2