UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEVI DALE LASTER, JR.,

Plaintiff,

v.

MATTHEW P. BEAVERS, et al.,

Defendants.

No.  2:25-cv-00968-DC-EFB (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF Nos. 16, 22, 25, 34, 35)

Plaintiff filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 13, 2026, the magistrate judge filed findings and recommendations which were served on all parties and contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 35.  Plaintiff has not filed objections to the findings and recommendations.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

---

[1]  Plaintiff has also not kept the court informed of a current address as is required by this court's Local Rules.  A party appearing without counsel must keep the court and all parties apprised of his current address.  E.D. Local Rule 183(b).  If mail directed to such a plaintiff is returned by the postal service, and plaintiff fails to notify the court and opposing parties within 30 days thereafter of his current address, the court may dismiss the action without prejudice for failure to prosecute.  *Id.*

1

court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed on January 13, 2026 (ECF No. 35) are ADOPTED;

2.  This action is dismissed without prejudice due to Plaintiff's failure to comply with the court's June 10, 2025 order;

3.  Plaintiff's pending motions (ECF Nos. 16, 22, 25, 34) are denied as having been rendered moot by this order; and

4.  The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated:  **March 30, 2026**

_____
Dena Coggins
United States District Judge

2